|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| ...| ...| ...|

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARK HILLIARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEARTLAND PAYMENT SYSTEMS, INC.,<br><br>Defendant. | CASE NO. 1:09-cv-00219-OWW-DLB<br><br>**ORDER APPROVING STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT AND STAYING PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

Pursuant to the Parties' Stipulation Extending Time for Defendant to Respond to Complaint and Staying Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation,

IT IS HEREBY ORDERED that the time for Defendant Heartland Payment Systems, Inc. to answer, move, or otherwise respond to the complaint is hereby adjourned in light of Heartland's motion before the Judicial Panel on Multidistrict Litigation to transfer this matter for coordinated or consolidated pre-trial proceedings

[PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

pursuant to 28 U.S.C. § 1407 and, if the motion to transfer is granted, until such time as set by the transferee court.

**IT IS SO ORDERED**.

DATED: 3/31/2009

By: __/s/ OLIVER W. WANGER_____
Hon. Oliver W. Wanger,
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com